STATE OF NEW JERSEY v. RALPH SOWELL.

December 7, 1982.

Certification is denied without prejudice to an appropriate application to the trial court pursuant to *State v. Kovack*, 91 *N.J.* 476 (1982).

---

MARIJANE SINGER v. STATE OF NEW JERSEY.

December 16, 1982.

Petition for certification granted.

---

IN RE CAMDEN COUNTY BOARD OF CHOSEN FREEHOLDERS COUNCIL 71 & LOCAL 2307, AFSCME, AFL–CIO v. PUBLIC EMPLOYMENT RELATIONS COMMISSION.

December 16, 1982.

Petition for certification denied.

---

STATE OF NEW JERSEY v. DONALD MASINO.

December 16, 1982.

Petition for certification granted.